GLEASON INDUSTRIAL PRODUCTS, INC. and Precision Products, Inc., Plaintiffs–Appellees,

v.

UNITED STATES, Defendant–Appellee,

v.

Central Purchasing, LLC, Defendant–Appellant.

No. 2008–1420.

United States Court of Appeals, Federal Circuit.

Aug. 19, 2008.

Louis S. Mastriani, William Charles Sjoberg, Adduci, Mastriani & Schaumberg, LLP, Washington, DC, for Defendant–Appellant.

Matthew P. Jaffe, Crowell & Moring, LLP, Washington, DC, for Plaintiffs–Appellees.

Stephen C. Tosini, Department of Justice, Washington, DC, for Defendant–Appellee.

Before SCHALL, Circuit Judge.

### ON MOTION

ALVIN A. SCHALL, Circuit Judge.

### ORDER

Upon consideration of the United States' unopposed motion to dismiss Central Purchasing, LLC's appeal, due to lack of a final judgment by the United States Court of International Trade,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) All sides shall bear their own costs.

/s/ Alvin A. Schall
Alvin A. Schall
Circuit Judge